IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10579
Summary Calendar
_____


DANIEL CURRAN,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA; ROBERT B.
REICH, Secretary of Labor, U.S. Department
of Labor, ET AL.,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-1158-T
- - - - - - - - - -
February 21, 1996
Before HIGGINBOTHAM, DUHE' and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Daniel Curran appeals from two orders of the district court. This court does not have jurisdiction over the district court's order entered on June 28, 1995. See EEOC v. Kerrville Bus Co. Inc., 925 F.2d 129, 131-33 (5th Cir. 1991). Curran challenges the district court's order, entered on June 21, 1995, which denied in part Curran's requests for injunctive relief. After a careful review of the record and the appellate arguments, we

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

conclude that the district court did not abuse its discretion in denying the requests.  See White v. Carlucci, 862 F.2d 1209, 1213 (5th Cir. 1989); Parks v. Dunlop, 517 F.2d 785, 787 (5th Cir. 1975).

AFFIRMED.